**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**VICENTE RAMON CANTU**                                           **PLAINTIFF**

**v.**                          **No: 4:19-cv-00699 BRW-PSH**

**GRIFFIN,** *et al.*                                              **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States

Magistrate Judge Patricia S. Harris.  No objections have been filed.  After carefully

consideration, I approve and adopt the Proposed Findings and Recommendation should be, and

hereby are, approved and adopted in all respects.

Accordingly, the claims are dismissed without prejudice for failure to state a claim upon

which relief may be granted.

Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the

order adopting this recommendation or the accompanying judgment would not be taken in good

faith.

IT IS SO ORDERED this 9th day of December, 2019.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE