# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**VICENTE RAMON CANTU**                                                              **PLAINTIFF**

v.                          **No: 4:19-cv-00699 BRW-PSH**

**GRIFFIN,** *et al.*                                                        **DEFENDANTS**

## **JUDGMENT**

Based on the order entered today, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 9th day of December, 2019.

                                                                           Billy Roy Wilson_____
                                                                           UNITED STATES DISTRICT JUDGE